UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CODING TECHNOLOGIES, LLC,

    Plaintiff,

v.                                 CASE NO. 8:17-cv-2402-T-23AAS

MASONITE CORPORATION,

    Defendant.

_____/

**ORDER**

The plaintiff announces (Doc. 29) a pending settlement.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause.  The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on April 10, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE